UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

MICHAEL MALEY,

    Plaintiff,

v.                                                     Case No. 18-13245

SPECIALIZED LOAN SERVICING LLC
and E*TRADE BANK,

    Defendants.
_____/

## JUDGMENT

In accordance with the "Opinion and Order Granting Defendants' Motion for Summary Judgment" entered on May 6, 2021,

IT IS ORDERED AND ADJUDGED that judgment is entered for Defendants Specialized Loan Servicing LLC and E*Trade Bank, and against Plaintiff Michael Maley.

Dated at Port Huron, Michigan, May 6, 2021.

                                                         KINNIKIA ESSIX
                                                         CLERK OF THE COURT

                                                         By: s/Lisa Wagner
                                                           Lisa Wagner, Case Manager
                                                           to Judge Robert H. Cleland